UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MEGAN THIEL-MACK | CIVIL ACTION |
| VERSUS | NO: 24-2681 |
| BAPTIST COMMUNITY HEALTH SERVICES, INC., ET AL | SECTION: A(5) |

## NOTICE REGARDING ORAL ARGUMENT REQUEST

A request for oral argument has been filed in conjunction with a **Motion to Dismiss for Failure to State a Claim (Rec. Doc. #7)**, scheduled for submission before the district judge in this matter. Notwithstanding Local Rule 78.1, this Court will issue an order setting oral argument for a specific date and time **if** the Court grants the request. Counsel should not appear for oral argument until ordered to do so. Deadlines for response memoranda are not extended--those deadlines are based on the noticed submission date and are governed by the Local Rules.

THIS NOTICE DOES NOT APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

2/10/2025

JENNIFER S. LIMJUCO, FOR THE COURT
CASE MANAGER, SECTION A
jennifer_schouest@laed.uscourts.gov